IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR183 |
| v. | |
| JUAN CARRANZA, | ORDER |
| Defendant. | |

This matter is before the Court on the magistrate judge's[1] Findings and Recommendation (Filing No. 54) recommending the Court deny defendant Juan Carranza's Motion to Suppress (Filing No. 39). The magistrate judge made that recommendation on September 10, 2019, after a hearing. Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen days to object. Neither party has objected, or otherwise responded, to the findings and recommendation.

Section 636(b)(1) requires the Court conduct a de novo review only when a party timely objects. The absence of a timely objection "eliminates not only the need for de novo review, but *any* review by the district court." *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009); *see also* Fed. R. Crim. P. 59 (a), (b)(2) (explaining the failure to timely object waives the right to review); NECrimR 59.2(a), (e). Because the Court has not received any objections,

IT IS ORDERED:
1. The magistrate judge's Findings and Recommendation (Filing No. 54) are accepted. Any objections are deemed waived.
2. Defendant Juan Carranza's Motion to Suppress (Filing No. 39) is denied.

Dated this 27th day of September 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.